COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Atisha Menyweather v. Tracey Donald Whitehead II

Appellate case number:     01-12-00673-CV

Trial court case number:    2005-58611

Trial court:                      309th District Court of Harris County

This case involves an appeal from a judgment signed on June 12, 2012. The record was due on October 10, 2012. *See* TEX. R. APP. P. 35.1(a). The clerk's record was filed on August 30, 2012. The reporter's record has not been filed.

On August 1, 2012, the court reporter informed the Court that appellant had not made arrangements to pay for the reporter's record. On February 4, 2014, this Court noted that appellant did not challenge the trial court's order sustaining a contest to appellant's affidavit of indigence and therefore ordered appellant to provide proof of having paid or made payment arrangements for preparation of the reporter's record by March 6, 2014, or the Court would consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 20.1(j)(1), (2), 37.3(c).

Appellant has not provided evidence showing that she paid or made arrangements to pay the reporter. Accordingly, the Court will consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                              ☒ Acting individually     ☐ Acting for the Court
Date: April 1, 2014